## JURISDICTIONAL MOTIONS ALLOWED

**92–207.** Community Concerned Citizens, Inc. v. Union Twp. Bd. of Zoning Appeals. *Clermont County*, No. CA91–01–009.

WRIGHT, H. BROWN and RESNICK, JJ., dissent.

**92–719.** State v. West. *Hamilton County*, No. C–910380.

HOLMES, WRIGHT and H. BROWN, JJ., dissent.

**92–748.** Ramos v. Kuzas. *Cuyahoga County*, Nos. 60495 and 60932. On motions to certify the record and to consolidate with 91–2558, *Berdyck v. Shinde*, Ottawa County, No. 90–OT–060. Motion to consolidate overruled; motion to certify allowed; *sua sponte*, cause held for decision in 91–1169, *Fantozzi v. Wikel Mfg. Co.*, Erie County, No. E–89–36; briefing scheduled stayed.

DOUGLAS and RESNICK, JJ., dissent.

**92–760.** In re Coy. *Lucas County*, No. L–90–393.

H. BROWN, J., dissents.

RESNICK, J., not participating.

**92–777.** Roseman v. Firemen & Policemen's Death Benefit Fund. *Stark County*, No. CA–8712.

SWEENEY and DOUGLAS, JJ., dissent.

## JURISDICTIONAL MOTIONS OVERRULED

**91–2273.** Lawyers Co–Operative Publishing Co. v. Muething. *Hamilton County*, No. C–900582. On cross-motion to certify the record and on motion for leave to file notice of cross-appeal instanter. Motions denied.

DOUGLAS, J., dissents.

**92–379.** State v. Likens. *Knox County*, No. 90–CA–36.

**92–549.** Miskinis v. Metro. Property & Liability Ins. Co. *Cuyahoga County*, No. 59273.

RESNICK, J., dissents.

**92–580.** Bd. of Commrs. of Lorain Cty. v. United States Fire Ins. Co. *Lorain County*, No. 91CA005090.

RESNICK, J., dissents.

H. BROWN, J., not participating.

**92–588.** Hanna v. Hanna. *Wayne County*, No. 2670.

MOYER, C.J., and HOLMES, J., dissent.

**92–593.** Hurst v. Dept. of Rehab. & Corr. *Franklin County*, No. 91AP–1051.

**92–662.** Freeman v. Wilkinson. *Franklin County*, No. 91AP–1520.

**92–671.** Perdan v. Saikus. *Cuyahoga County*, No. 61518.

**92–695.** Carter Steel & Fabricating Co. v. Tracy. *Logan County*, No. CA91–02–0004.

WRIGHT, J., would allow on Proposition of Law No. II only.

**92–696.** American Energy Services, Inc. v. Lekan. *Ashland County*, No. CA–986.

**92–697.** Walbrook Ins. Co., Ltd. v. CTL Engineering, Inc. *Franklin County*, No. 91AP–749. On motion and cross-motion to certify the record. Motions overruled.

HOLMES and H. BROWN, JJ., dissent.

WRIGHT, J., not participating.

**92–699.** State v. Battista. *Stark County*, No. CA–8612.

DOUGLAS, J., dissents.

**92–701.** Stephens v. Amin & Amin, M.D. *Hardin County*, No. 69115.

DOUGLAS and RESNICK, JJ., dissent.